AP 75,940

Larry Gene Sewell, 408290
Clements Unit.
9601 Spur 591
Amarillo, Texas. 79107-9606

February 27, 2015

✓ Re: EX PARTE, CHABOT, NO. AP-75-940 [12-9-9].

ATTENTION: Hon. Clerk, Court of Criminal Appeals,

I am please requesting a copy of the court of criminal Appeals written opinion in, EX PARTE, CHABOT, NO. AP-75-940 [12-9-09].

If there is any cost, please advise.

Thank you,

Larry Gene Sewell
408290
Clements Unit.
9601 Spur 591
Amarillo, Texas. 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk